IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
April 15, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Darrell J. Harper, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Miscellaneous Action   H-17-2551 |
| City of Houston Police Department and State of Texas, | § § § § | |
| Defendants. | § § | |

ORDER

Because of his hundreds of frivolous filings, Darrell J. Harper is precluded from filing any case in this District unless he first obtains written permission from the undersigned. Harper has filed two motions to reinstate his cases. The motions are denied. (331 and 332)

Lynn N. Hughes
United States District Judge

Houston, Texas
April 15, 2022