United States Courts
Southern District of Texas
FILED
APR 19 2022
Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

DARRELL J. HARPER

V.                                  MISCELLANEOUS NO. H-17-2551

USDC SD TX

## DISCLOSURE

TO THE HONORABLE COURT:

Now comes Plaintiff, Darrell J. Harper, motioning this Court to disclose mishandle lawsuits in violation of the 14th Amendment Due Process Clause, for exercising of a constitutionally protected right guaranteed to the plaintiff by the 1st Amendment, to petition Government for a redress of grievances through no fault of plaintiff's own against Defendant(s) USDC SD TX, for Civil, Constitutional, Human Rights Violation, Corruption, Racketeering, Treasonous, Tax Fraud, and Tyrannical Act, because there state and federal laws crying wolf of being violated by the plaintiff, to cover up misdeeds for law enacted or purposely interpreted to discriminate against the plaintiff, while lawless invasions simultaneously are violating the United States Constitution, when all U.S. laws must yield to the United States Constitution or that Texas do not have state taxes or that the plaintiff do not have to lie about anything in defense of his Civil, Constitutional, and Human Rights on the following ground(s):

In equal justice under law, it is unlawful for federal to blend with all U.S. laws which fails to yield to the United States Constitution and prevail violates Article II of the United States Constitution Obstruction of Congress Act, Article III of the United States Constitution Treasonous Act, Title 18, U.S.C., Section 241-Conspiracy Against Territory Private Property Rights, Title 18, U.S.C., Section 242-Deprivation of Territory Private Property Rights Under

the Color of State Law, Title VII of the Civil Rights Act of 1964, Civil Liberties Act of 1988, Privacy Act of 1974, Equal Rights Protection Act of 1972, Patriot Act, Administrative Procedure Act, Racketeer Influenced and Corrupt Organizations Act, Whistleblower Protection Act, Americans with Disabilities Act, Federal Tort Claims Act, Homestead Act, Fifth Amendment Double Jeopardy Clause, Sixth Amendment Effective Assistance of Counsel Clause, Fourteenth Amendment Due Process Clause, Free Exercise Clause, Supremacy Clause, Texas Deceptive Trade Practice Act, Texas Commission on Human Rights Act, Michael Morton Act, Texas Tort Claims Act, and the Canon Code of Judicial Conduct Act, when civil rights violation carries no statute of limitations, as amended.

Respectfully submitted,
*Darrell J. Harper*
Darrell J. Harper
7923 Dockal Rd.
Houston, Texas 77028
281-662-2819
darrellharper63@outlook.com

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
June 14, 2018
David J. Bradley, Clerk

Darrell J. Harper, §
§
Plaintiff, §
§
§

Miscellaneous H-17-2551

## Order Denying Motions

Darrell J. Harper's motions for leave to file new cases are denied. Most of the complaints name either the United States or the state of Texas and contain citations of law and vague allegations that the national or state government has somehow discriminated against Harper on the basis of his race. Some include a collection of orders in cases that he filed from a variety of courts and his charge of discrimination in the workplace. (6)(7)(9)(10)(11)(12)(15)(16)(24)(25)(27)(28)(29)(30)(31)(33)(34)

Harper has also filed several motions for leave to sue the Harris County tax assessor for somehow discriminating against him by assessing his property taxes. Those motions are also denied. (13)(14)(21)(26)(32)(35)

One of his complaints against the state of Texas includes as an exhibit the complaint of Earnest J. Matthews from a different case. That motion is denied. (17)

Signed on June 14, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge

## **CERTIFICATION OF SERVICE**

Plaintiff, Darrell J. Harper, do hereby certify that the Motion for Disclosure against Defendant(s), USDC SD TX, is true and correct for processing on or around Monday the 18th day of April 2022, in accordance with FRCP.

*Darrell J. Harper*
Darrell J. Harper

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

DARRELL J. HARPER

V.   MISCELLANEOUS NO. H-17-2551

USDC SD TX

### ORDER GRANTING PLAINTIFF'S MOTION FOR DISCLOSURE

On this the day of _____, 2022, came on to be heard Plaintiff, Darrell J. Harper's Motion for Disclosure against Defendant(s), USDC SD TX, and it was said that the motion shall be hereby Granted or Denied.

[ ] GRANTED                                      [ ] DENIED

Signed on this the day of _____, 2022.

_____
Presiding Judge